# United States District Court

## DISTRICT OF DELAWARE

In the Matter of the Search of
(Name, address or brief description of person or premises to be searched)

The First Floor Bedroom and a
First Floor Office at

NEWARK, DELAWARE 19713

**SEARCH WARRANT**

CASE NUMBER: 06-149M-MPT

REDACTED

TO: SPECIAL AGENT Tina DiClementi and any assisting law enforcement officer of the United States and any assisting state and local police officers. Affidavit(s) having been made before me by SPECIAL AGENT Tina DiClementi who has reason to believe that ___ on the person of or xx on the premises known as (name, description and/or location)

The first floor bedroom and first floor office at _____ Newark, Delaware 19713, as more particularly described in Attachment A, incorporated herein by reference,

FILED
DEC 14 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in the _____ District of _____ Delaware there is now concealed a certain person or property, namely (describe the person or property)

See Attachment B, which is incorporated herein by reference.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before  December 15, 2006
                                                    Date

(not to exceed 10 days) the place named above for the property specified, and serving this warrant and making the search in the daytime XX 6:00 a.m. to 10:00 p.m. and if the property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to United States Magistrate Judge Mary Pat Thynge  as required by law.

12/5/06  3:53   P.M.     at    Wilmington, Delaware
Date and Time                   City and State

Honorable Mary Pat Thynge
United States Magistrate Judge
District of Delaware
Name and Title of Judicial Officer          Signature of Judicial Officer

AO 93 (Rev. 5/85) Search Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 12/14/06 | 12/5/06 1600 hrs | premises |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See attached 6051S

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____ 3382

Subscribed, sworn to, and returned before me this date.

_____                        12/14/06
U.S. Judge or Magistrate                              Date

## ATTACHMENT A

The residence located at _____, Newark, Delaware is a white Cape Cod style two-story-house, displaying the number 129. The residence has a driveway on the left side of the house.

The bedroom occupied by Lucille Thorn at _____ is located on the first floor directly across from the only bathroom on the first floor. The door to the bedroom is painted white. This bedroom is occupied solely by Thorn and is the only bedroom on the first floor.

The office occupied by Lucille Thorn at _____ is located on the first floor, on right side of the house at the end of the first floor hallway. The door to the office is painted white.

## ATTACHMENT B

## ITEMS TO BE SEIZED

1. Any and all notes and records pertaining to murder for hire; notes, records, correspondence, diaries, address books; receipts, notes, and records of financial transactions, including receipt and transfer of cash deposits.

2. Notes and records pertaining to bank accounts.

3. Notes and records pertaining to the inheritance of Joseph Caltabiano.

4. Notes and records pertaining to the cellular phone used by Lucille Thorn in connection with the murder for hire.

5. Documents that indicate residency and proof of ownership of real property, vehicles, and other assets.

6. Any computers, peripheral devices, and related electronic storage devices, which could contain the information set forth in item 1 above.

U.S. DEPARTMENT OF HOMELAND SECURITY  
Bureau of Customs and Border Protection

3483649

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. | 2. Incident No. | |
|---|---|---|
| 3. Investigative Case No. BA07PR078A1006 | 4. Enforce No. | |
| 5. Prior Detention? Yes ☐ No ☐ If yes, CBP 6051D No. ___ | 6. Date Seized (mm/dd/yyyy) 12/15/2006 | 7. Time Seized (Use 24 Hrs) 600 h/s | 8. FDIN/Misc. |
| 9. Seized From: Name: ___ Address: ___ JENNES DE 1713 Telephone No. ( ) Ext: | 10. Entry No. | 11. Seal or Other ID Nos. |
| | 12. Remarks: INVENTORY FOR SEARCH WARRANT | |

13. Send Correspondence to:

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number / Type | d. Measurements Qty. / UM | e. Est. Dom. Value |
|---|---|---|---|---|
| 001 | MISC. DOCUMENTS FROM TRUNK ROOM 2 | 1 / BAG | | $ 0 |
| 002 | MISC. DOCUMENTS FROM DESK, ROOM 2 | 1 / BAG | | $ 0 |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |

15. Seizing Officer  
Print Name: PETER BAISH    Signature: X Pete B___    Date: 12/15/2006

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| | | | | |

CBP Form 6051A Continuation Sheet Attached? Yes ☐ No ☐    CBP Form 6051S (03/04)

CBP Retains Original

U.S. DEPARTMENT OF HOMELAND SECURITY
Bureau of Customs and Border Protection

3483648

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

1. FPF No.
2. Incident No.
3. Investigative Case No.: BA02PR07BA0006
4. Enforce No.
5. Prior Detention? Yes ☐ No ☐ If yes, CBP 6051D No. _____
6. Date Seized (mm/dd/yyyy): 12/15/2006
7. Time Seized (Use 24 Hrs): 1600 HRS
8. FDIN/Misc.
9. Seized From:
   Name: LUCILLE TITORN
   Address: NEWARK, DE 19713
   Telephone No. ( ) Ext:
10. Entry No.
11. Seal or Other ID Nos.
12. Remarks: INVENTORY FOR SEARCH WARRANT
13. Send Correspondence to:

14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number / Type | d. Measurements Qty. / UM | e. Est. Dom. Value |
|---|---|---|---|---|
| 001 | MISC. DOCUMENTS, DRESSER, ROOM 1 | 1 / BAG | | $ 0 |
| 002 | MISC. DOCS, BLACK BAG, ROOM 1 | 1 / BAG | | $ 0 |
| 003 | MISC. DOCS, CABINETS, ROOM 1 | 1 / BAG | | $ 0 |
| 004 | MISC. DOCS, NIGHTSTAND, ROOM 1 | 1 / BAG | | $ 0 |

15. Seizing Officer
    Print Name: PETER BAJH
    Signature: X /Peter/
    Date: 12/15/2006

16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| | | | | |

CBP Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

CBP Form 6051S (03/04)

CBP Retains Original

U.S. DEPARTMENT OF HOMELAND SECURITY
Bureau of Customs and Border Protection

3483650

## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. | 2. Incident No. |
|---|---|
| 3. Investigative Case No. BA0ZPB0360A0006 | 4. Enforce No. |
| 5. Prior Detention? Yes ☐ No ☐ If yes, CBP 6051D No. | 6. Date Seized (mm/dd/yyyy) 12/15/2006 | 7. Time Seized (Use 24 Hrs) 1600 hrs | 8. FDIN/Misc. |
| 9. Seized From: Name: LUCILLE THORN Address: NEWARK, DE 19713 Telephone No. ( ) Ext: | 10. Entry No. | 11. Seal or Other ID Nos. |
| | 12. Remarks: INVENTORY FOR SEARCH WARRANT | |

13. Send Correspondence to:

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number / Type | d. Measurements Qty. / UM | e. Est. Dom. Value |
|---|---|---|---|---|
| 001 | eMACHINES COMPUTER SERIAL QAT4520307604 | 1 / EA | — | $500.00 |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |

**15. Seizing Officer**
Print Name: PETER BAISH   X  Signature: Pete Baish   Date: 12/15/2006

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| | | | | |

CBP Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

CBP Form 6051S (03/04)

CBP Retains Original